AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

VALARIE MARSHALL,

   Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 1:22-cv-029

KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,

   Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court dated June 8, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), this case is Reversed and Remanded to the Acting Commissioner for further consideration. This civil action stands closed.

June 8, 2023  
Date

John E. Triplett, Clerk of Court  
Clerk



(By) Deputy Clerk

GAS Rev 10/2020